**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

F. LESLIE GUNTER,             : No. 179 MAL 2015
                                   :

         Respondent           :

                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court

           v.                      :

                                   :

                                   :

KAREN KOONS A/K/A KAREN GUNTER, :

                                   :

         Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.